94

United States District Court
Southern District of Texas
FILED

JUN 0 1 2022

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

UNITED STATES OF AMERICA            §
                                    §
v.                                  §   CRIMINAL NO. **M - 2 2 - 9 1 5**
                                    §
JORGE O'CANA                        §
                                    §

<u>SEALED INDICTMENT</u>

**THE GRAND JURY CHARGES:**

From on or about April 1, 2022 and continuing through at least April 5, 2022, in the

Southern District of Texas, the Defendant

**JORGE O'CANA**

did knowingly corruptly persuade or intend to corruptly persuade Antonio Gonzalez, III with

the intent to influence, delay, and prevent the testimony of Antonio Gonzalez, III, in an official

proceeding, namely an official proceeding regarding a bribery scheme involving contracts

awarded to Performance Services, Inc. by local governmental entities in Hidalgo County,

Texas.

All in violation of Title 18, United States Code, Section 1512(b)(1)

A TRUE BILL

_____

FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY