94

U.S. Department of Justice
Washington, D.C.
5/25/2022/ra

Criminal Docket

___McALLEN___ Division

CR. No. _____ **M - 22 - 9 1 5**
**MICAELA ALVAREZ**

**SEALED INDICTMENT** Filed: June 1, 2022

Judge: _____

County: Hidalgo

Lions #: **2022R03560**

UNITED STATES OF AMERICA

JENNIFER B. LOWERY, UNITED STATES ATTORNEY

v.

ROBERTO LOPEZ, JR., ASST. U.S. ATTORNEY

JORGE O'CANA  -- **WARRANT** --

Ct. 1 _____ Carlos M. Garcia, Ret'd, (956)320-7501

Charge(s):

Ct. 1:  Witness Tampering
Title 18, United States Code, Section 1512(b)(1)

Total
Counts
(1)

Penalty:   Ct. 1:  Imprisonment for not more than 20 yrs. and/or a $250,000.00 fine and at least a 3 yr. SRT

Agency:   Federal Bureau of Investigation – Ricardo Ale – 194B-SA-3283014

Proceedings

Date