IN THE UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 7:21-CR-2459-02 |
| § | |
| JORGE O'CANA § | |

## UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW Defendant, JORGE O'CANA, through his attorney of record, Jose Antonio Solis, and files this Unopposed Motion for Continuance the Jury Trial date in this cause. In support thereof, undersigned counsel would respectfully show the Court as follows:

This matter is set for final Pre-trial on August 26, 2024 at 9:00 am. Jury trial is currently scheduled for September 4, 2024 at 9 a.m. Defendant respectfully moves the Court continue jury trial date from its current setting. Counsel for Defendant is scheduled to begin another jury trial before this Honorable Court on September 9, 2024 in case styled The United States of America vs. Ramon Esparza *et. al.,* and having case number 7:23-cr-760.

Accordingly, Defendant respectfully requests the Court grant this Unopposed Motion for Continuance of Jury Trial setting to a later date convenient for the court.

Respectfully submitted,

/s/ *Jose Antonio Solis*
Jose Antonio Solis
DE LA FUENTE & SOLIS, PLLC
P. O. Box 2307
Edinburg, Texas 78540
Tel: (956) 381-4357
Email: office@381help.com
Texas Bar No. 24090400
Federal No. 2355975

## **CERTIFICATE OF CONFERENCE**

I certify that on August 19, 2024, I spoke to AUSA Roberto Lopez Jr. and all with reference to this Motion for Continuance, and he is unopposed.

By:  /s/Jose Antonio Solis
     Jose Antonio Solis

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Continuance was provided to AUSA Roberto Lopez Jr., via email.

By:  /s/Jose Antonio Solis
     Jose Antonio Solis