United States District Court
Southern District of Texas
**ENTERED**
December 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL ACTION NO. 7:22-cr-00915-01 |
| JORGE O'CANA, JR. | § | |

### ORDER

Came on to be considered Defendant Jorge O'Cana's "Unopposed Motion to Amend Modify [sic] Conditions of Pretrial Release."[1] Therein, Defendant seeks permission to spend December 24, 2024, December 25, 2024, December 31, 2024 and January 1, 2025 dates with his family.[2] After considering the motion and the record, the Court hereby **GRANTS** Defendant's motion. Thus, the Court finds that Defendant's bond conditions should be temporarily modified as follows:

Defendant is allowed to visit with and have contact with his family members on December 24, 2024, December 25, 2024, December 31, 2024 and January 1, 2025, only. During said contact, Defendant is not allowed to discuss this case, or any matters related to this case.

The Defendant must report to his pretrial officer prior to leaving and when he returns. All other conditions of release remain unchanged.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 23rd of December, 2024.

_____
Micaela Alvarez
Senior United States District Judge

---

[1] Dkt. No. 129.
[2] *Id.*