# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

UNITED STATES OF AMERICA

v.                                                              Case Number: 7:22−cr−00915

Jorge O'Cana, Jr
Veronica Inez O'Cana

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

J Scott Hacker

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:** 2/18/2025

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Motion Hearing


Date:   February 14, 2025

                                                                  Nathan Ochsner, Clerk