IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Criminal No. M-22-0915 |
| JORGE O'CANA, JR. | § | |

### GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its Attorney and Assistant United States Attorney assigned to this matter, and would respectfully show the Court the following:

I.

The above-styled and numbered cause is set for motion hearing on the above defendant on April 25, 2025 at 2:00pm. The Government moves for continuance for the following reason attorney for the Government is serving as a juror and was notified that the jury trial is expected to last until Monday.

II.

Consequently, the Government respectfully requests that the motion hearing be continued until Tuesday or a date convenient to the Court.

Respectfully submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY


_/s/Roberto Lopez, Jr._
Roberto Lopez, Jr.
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

On , April 23, 2025, I consulted with the attorney for the defendant and he advised that he had no objection to this motion for continuance.

_/s/Roberto Lopez, Jr._
Roberto Lopez, Jr.
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned certifies that on this the 23rd day of April, 2025, a true and correct copy of the foregoing Motion was mailed, hand delivered, or e-mailed via ECF to attorney for defendant.

_/s/Roberto Lopez, Jr._
Roberto Lopez, Jr.
Assistant United States Attorney